■ PATRICIA NEWBECK, Respondent, v CONNECTICUT GENERAL LIFE INSURANCE Co., Appellant. [756 NYS2d 793] —In an action to recover the proceeds of a life insurance policy, the defendant appeals from a judgment of the Supreme Court, Suffolk County (Burke, J.), entered February 28, 2002, which, after a nonjury trial, is in favor of the plaintiff and against it in the principal sum of $272,000.

Ordered that the judgment is affirmed, with costs.

Under the particular facts of this case, the Supreme Court properly found in favor of the plaintiff. Krausman, J.P., Townes, Crane and Mastro, JJ., concur.